IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   14-cv-00798-WYD-BNB

SHELLY GOMEZ,

     Plaintiff,

v.

VALENTINE & KEBARTAS, INC., a Massachusetts corporation,

     Defendant.

---

## ORDER DISMISSING CASE WITH PREJUDICE

---

THE COURT having reviewed the Stipulation of Dismissal with Prejudice

pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii) and being fully advised in the premises, it is

hereby

ORDERED that this case is **DISMISSED WITH PREJUDICE**, with each party to

pay his or its own attorney's fees and costs.

Dated:  June 16, 2014

                          BY THE COURT:


                          /s/ Wiley Y. Daniel_____
                          WILEY Y. DANIEL,
                          SENIOR UNITED STATES DISTRICT JUDGE